## American Surety Company v. M. F. Allen.

### No. 1754. Decided December 11, 1907.

**Garnishment—Non-Resident—Jurisdiction—Case Followed.**

The rulings in American Surety Co. v. Bernstein, ante, p. 189, followed and held to control the disposition of this case.

Error to the Court of Civil Appeals for the Fifth District, in an appeal from Kaufman County.

Action by the Surety Company to set aside a judgment against it as garnishee, obtained by Allen. Plaintiff had judgment below and obtained writ of error on a ruling reversing such recovery on defendant's appeal.

*Young & Adams, Geo. E. Shelley* and *Fiset & McClendon,* for plaintiff in error.

*Huffmaster & Huffmaster* and *John L. Terrell,* for defendant in error.

Mr. Justice Williams delivered the opinion of the court.

This case is controlled by the opinion in No. 1753, American Surety Company against Bernstein, in accordance with which

*Judgment of Court of Civil Appeals reversed.*

*Judgment of District Court affirmed.*